**SEALED**

BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

FILED

JUN 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:12-cr-0226 LKK |
| Plaintiff, ) | |
| ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| ) | |
| RACHEL SIDERS, and ) | |
| THEO ADAMS, ) | |
| Defendants. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney R. Steven Lapham to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

DATED: June 20, 2012



GREGORY G. HOLLOWS
United States Magistrate Judge

3