UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
June 21, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THEO ADAMS, ) <br> ) <br> Defendant. ) | Case No. 12CR00226 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __THEO ADAMS__ , Case No. __2:12-CR-00226__ , Charge __18 USC §1344, §1014, §1957, §1956(a)(1)(B)(I), §1028A(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✓   Bail Posted in the Sum of $__50,000.00__

        ✓   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✓   (Other)   __Pre-Trial Conditions as stated on the record.__

Issued at __Sacramento, CA__ on __June 21, 2012__ at _____ .

By   /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court