HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
email: chrishaydn@sbcglobal.net

Attorney for Defendant
THEO ADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 12-0226-LKK |
| Plaintiff, | ) |
| | ) ORDER RE WAIVER OF |
| v. | ) <u>DEFENDANT'S PRESENCE</u> |
| | ) |
| THEO ADAMS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

    Defendant, THEO ADAMS, hereby waives the right to be in person in open court upon the hearing of any motion or to his proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: July 2nd, 2012

/s/Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
THEO ADAMS

Dated: July 2nd, 2012                I consent to the above waiver of presence.

/s/Christopher Haydn-Myer for
THEO ADAMS [Original is in counsel's file.]

DATED: September 4, 2012

I approve the above waiver of presence.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT