BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>THEO ADAMS and RACHEL SIDERS,<br><br>                    Defendant, | CASE NO.  Cr. 2:12-cr-226 JAM<br><br><u>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER</u> |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference June 18, 2013.

2.      By this stipulation, defendants move to continue the status conference to August 6, 2013 at 9:45 a.m. and to exclude time between June 18, 2013 and August 6, 2013 under Local Code T4.  Plaintiff does not oppose this request, and has agreed to file this stipulation on behalf of all parties due to the unavailability of defense counsel.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government represents that the discovery associated with this case

1

PDF created with pdfFactory trial version www.pdffactory.com

includes investigative reports and voluminous records in electronic form totaling approximately 1,700 pages.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.      Counsel for defendants have received plea agreements from the government and they desire additional time to consult with their clients, to review the charges, to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

c.      Additionally, counsel for defendants have scheduling conflicts that make the previously set June 18, 2013 status conference unworkable.  Defense counsel for Adams has had a death in the family and will be fulfilling various family obligations next week.  Defense counsel for Siders represents that he has been in trial for the past six weeks and will still be in court next.

d.      Defense counsel need additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with their clients, and otherwise effectively prepare for the disposition of this case.  Based on the Court's available calendars and the availability of defense counsel, the parties ask that the Court set this matter for a status conference on August 6, 2013, and that it find excludable time from June 18, 2013 through and including the August 6, 2013 status conference.   Because of the need for additional preparation outlined above, a denial of a continuance to August 6, 2013 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.      Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 18, 2013 to August 6, 2013

2

PDF created with pdfFactory trial version www.pdffactory.com

1  inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]

2  because it results from a continuance granted by the Court at defendant's request on the basis of the

3  Court's finding that the ends of justice served by taking such action outweigh the best interest of the

4  public and the defendant in a speedy trial.

5        4.        Nothing in this stipulation and order shall preclude a finding that other provisions of

6  the Speedy Trial Act dictate that additional time periods are excludable from the period

7  within which a trial must commence.

8  IT IS SO STIPULATED.

9

10

11  DATED:        6/14/13              /s/ Michele Beckwith
                                      MICHELE BECKWITH
12                                    Assistant United States Attorney

13

14  DATED:        6/14/13              /s/   Christopher Haydn-Myer
                                      CHRISTOPHER HAYDN-MYER
15                                    Counsel for Theo Adams

16  DATED:        6/14/13              /s/   Eduardo G. Roy
                                      EDUARDO G. ROY
17                                    Counsel for Rachel Siders

18

19                              **O R D E R**

20

21        IT IS SO FOUND AND ORDERED this 14th day of June,  2013.

22                                    /s/ John A. Mendez_____
                                      UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com