CHRISTOPHER HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA. BAR # 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile:  (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
THEO ADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> THEO ADAMS and RACHEL SIDERS, ) <br> ) <br> Defendants. ) <br> ) | Cr. No. S-12-226 JAM <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME <br><br> Date:  August 6, 2013 <br> Time:  9:45 a.m. <br> Judge: Hon. John A. Mendez |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Michele Beckwith; defendant Theo Adams, through counsel Christopher Haydn-Myer; and, defendant Rachel Siders, through counsel Eduardo G. Roy, hereby stipulate and agree as follows:

1. A status conference is currently set for August 6, 2013 at 9:45 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to September 3, 2013 at 9:45 a.m., and to exclude time between August 6, 2013 to September 3, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a.    The government has provided defense counsel with the discovery associated with this case, which includes voluminous records, including mortgage and bank records involving multiple transactions.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

    b.    Since October 30, 2012, counsel for defendants have been reviewing these materials, discussing them with their clients, and assessing potential trial and sentencing issues.

    c.    Additionally, the government has provided proposed plea agreements to defense counsel, which defense counsel have been discussing with their clients and the government.

    d.    Defense counsel need additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with their clients, and otherwise effectively prepare for the disposition of this case.  Based on the Court's available calendars and the availability of defense counsel, the parties ask that the Court set this matter for a status conference on September 3, 2013, and that it find excludable time from August 6, 2013 through and including the September 3, 2013  status conference.  Because of the need for additional preparation outlined above, a denial of a continuance to September 3,  2013 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from August 6, 2013, to September 3, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the

Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: August 1, 2013    BENJAMIN B. WAGNER
United States Attorney

 /s/ Michele Beckwith
MICHELE BECKWITH
Assistant United States Attorney
Attorney for Plaintiff United States

DATED: August 1, 2013    LAW OFFICE OF CHRISTOPHER HAYDN-MYER

 /s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant Theo Adams

DATED: August 1, 2013    LAW OFFICES OF EDUARDO G. ROY

 /s/ Eduardo G. Roy
EDUARDO G. ROY
Attorney for Defendant Rachel Siders

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd of August, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE