BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-226 JAM |
|---|---|
| Plaintiff, | MOTION TO UNSEAL PLEA AGREEMENT AND ORDER |
| v. | |
| THEO ADAMS, | |
| Defendant. | |

Defendant Theo Adams previously pleaded guilty in this case, and the plea agreement, docketed at ECF No. 46, was ordered sealed. The government has consulted with Mr. Adams' attorney, and the parties agree that this document should be unsealed so that it may be produced to codefendant Rachel Siders in anticipation of her upcoming trial, presently scheduled for February 23, 2015.

Accordingly, the parties ask that the Court order the plea agreement, docketed at ECF No. 46, to be unsealed.

Dated: January 19, 2015                                    BENJAMIN B. WAGNER
                                                           United States Attorney

                                                           By: /s/ MICHELE BECKWITH
                                                               MICHELE BECKWITH
                                                               Assistant United States Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THEO ADAMS,<br><br>　　　　　　　　Defendant. | CASE NO. 2:12-CR-226 JAM<br><br>MOTION TO UNSEAL PLEA AGREEMENT AND ORDER |

　　　For the reasons set forth in the government's unopposed motion, and good cause appearing therefrom, the plea agreement lodged at Docket Number 46 is hereby ordered unsealed.

Dated: January 20, 2015　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

2