# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-cr-00226-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR VOLUNTARY SURRENDER** |
| THEO ADAMS, | |
| Defendant. | |

Defendant Theo Adams ("Defendant"), having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California before 2:00 p.m. on June 13, 2016. Defendant is further advised that it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence on the date indicated by this Order. All conditions of pretrial release shall remain in effect until Defendant surrenders in accordance with this Order. The Court retains jurisdiction over this matter, and will only change the date or time of voluntary surrender upon motion of either the defendant or the government and a showing of good cause.

The Clerk is directed to serve the U.S. Marshals Service a

1

1  copy of this Order.
2       IT IS SO ORDERED.
3  Dated: April 19, 2016

                                    _____
                                    John A. Mendez
                                    United States District Judge