```
HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Avenue, Suite 109
Citrus Heights, CA 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chris@haydnlaw.com

Attorney for Defendant
THEO ADAMS
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>THEO ADAMS,<br><br>        Defendant. | Cr. No. 12-cr-00226-JAM<br><br>STIPULATION AND<br>ORDER FOR THE CONTINUANCE OF<br>THE RESTITUTION HEARING AND<br>TOLLING OF THE STATUTE OF<br>LIMITATIONS<br><br>Date:  July 12, 2016<br>Time:  9:15 a.m.<br>Judge: John A. Mendez |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Matthew Segal and defendant, Theo Adams, through his attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. A restitution hearing is currently set for July 12, 2016 at 9:15 a.m.

2. By this stipulation, the above-named defendant now moves to continue the restitution hearing to August 16th, 2016 at 9:15 a.m.

- 1 -

Adams's stipulation
and Order

3.   The additional time is necessary to provide the defense with time to prepare and review records, and, assuming an agreement with the Government is reached, to discuss the method for entering into a stipulated amount for loss.  Mr. Adams recently self-surrendered to the Board of Prisons facility at Lompoc, California, and there is a delay in attorney client communications.

4.   Accordingly, the parties request that the restitution hearing scheduled for July 12, 2016, be continued to August 16th, 2016, and that any time limit for the determination of a restitution amount be tolled through August 16, 2016.

**IT IS SO STIPULATED.**

DATED: July 5, 2016           PHILLIP A. TALBERT
                              Acting United States Attorney

                              /s/ Matthew Segal
                              MATTHEW SEGAL
                              Assistant United States Attorney
                              for Plaintiff United States


DATED: July 5, 2016           HAYDN-MYER LAW OFFICE

                              /s/ Christopher Haydn-Myer
                              CHRISTOPHER HAYDN-MYER
                              Attorney for Theo Adams

///

///

///

///

- 2 -

Adams's stipulation
and Order

**ORDER**

IT IS SO FOUND AND ORDERED this 6<u>th</u> of July, 2016.

<pre>
                    /s/ John A. Mendez
                    JOHN A. MENDEZ
                    UNITED STATES DISTRICT JUDGE
</pre>