HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Avenue, Suite 109
Citrus Heights, CA 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chris@haydnlaw.com

Attorney for Defendant
THEO ADAMS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>THEO ADAMS,<br><br>          Defendant. | Cr. No. 12-cr-00226-JAM<br><br>STIPULATION AND<br>ORDER FOR THE CONTINUANCE OF<br>THE RESTITUTION HEARING,<br>TOLLING OF THE STATUTE OF<br>LIMITATIONS, AND SETTING OF<br>BRIEFING SCHEDULE<br><br>Date:  August 16, 2016<br>Time:  9:15 a.m.<br>Judge: John A. Mendez |
|---|---|

**STIPULATION**

   Plaintiff, United States of America, through Assistant U.S. Attorney Matthew Segal and defendant, Theo Adams, through his attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

 1. A restitution hearing is currently set for August 16, 2016 at 9:15 a.m.

 2. By this stipulation, the above-named defendant now moves to continue the restitution hearing to September 13th, 2016 at 9:15 a.m.

- 1 -

Adams's stipulation
and proposed order

3. The additional time is necessary to provide the defense with time to prepare and review records, and to write a restitution memorandum. Also, Mr. Adams self-surrendered to the Bureau of Prisons facility at Lompoc, California, and there is a delay in attorney-client communications.

4. Accordingly, the parties request that the restitution hearing scheduled for August 16, 2016 be continued to September 13th, 2016, and that any time limit for the determination of a restitution amount be tolled through September 13th, 2016.

5. The parties agree to the following briefing schedule. Restitution Memorandums shall be filed with the Court no later than August 23rd; and, replies, if any, shall be filed with the Court no later than August 30th.

**IT IS SO STIPULATED.**

DATED: August 9, 2016          PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ Matthew Segal
                               MATTHEW SEGAL
                               Assistant United States Attorney
                               for Plaintiff United States


DATED: August 9, 2016          HAYDN-MYER LAW OFFICE

                               /s/ Christopher Haydn-Myer
                               CHRISTOPHER HAYDN-MYER
                               Attorney for Theo Adams

///

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of August, 2016.

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE