1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 2:12-CR-226 JAM

12                 Plaintiff,              RESTITUTION ORDER

13         v.

14  THEO ADAMS,

15                 Defendant.

16
        On October 13, 2016, the Court ordered restitution in the amount of $377,136.00 and directed the
17
   Government to provide more particular amount, recipient, and address information. Dkt. 213.
18
        $122,254 is due to U.S. Bank. Payments shall be sent to the following address:
19
            U.S. Bank National Association N.D.
20          4325 17th Avenue, S.W.
            Fargo, ND 58103
21          Re: Restitution for HELOC 20082311558520

22      $254,882 is due to the FDIC as trustee for Washington Mutual. Payments shall be accompanied

23  by the following statement:

24
            Defendant's name: Theo Adams
25          Case number: 12CR00226
            Receivership: Washington Mutual Bank, FIN 10015
26  //
    //
27  //
    //
28

    [PROPOSED] RESTITUTION ORDER                  1

This FDIC restitution should be sent to the following address:

>   FDIC Restitution Payments
>   P.O. Box 971774
>   Dallas, TX 75397-1774

SO ORDERED.

Dated: 12/2/2016

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE